1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   AARON THORNTON,              )      1:07-cv-01549-AWI-DLB-HC
                                  )
12              Petitioner,       )      **ORDER ADOPTING FINDINGS AND**
                                  )      **RECOMMENDATION** (Doc. 6)
13   v.                           )
                                  )      **ORDER DISMISSING ACTION**
14   DAVID GOTTLIEB,              )
                                  )
15              Respondent.       )
                                  )
16

17        Petitioner is a state prisoner proceeding pro se with a

18   Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

19        On January 4, 2008, the Magistrate Judge filed Findings and a

20   Recommendation that this action be dismissed for Petitioner's

21   failure to prosecute.  These Findings and Recommendation were

22   served on all parties and contained notice that any objections were

23   to be filed within thirty (30) days from the date of service of

24   that order.  On January 7, 2008, Petitioner filed a notice of

25   change of address.  On January 14, 2008, the order served on

26   Petitioner was returned by the United States Postal Service as

27   undeliverable.  A notation on the envelope indicated: Return to

28   Sender - Out of Custody.  On January 15, 2008, the court re-served

                                     1

1  Petitioner with its order at his new address of record.  To date,

2  the parties have not filed objections to the Findings and

3  Recommendation.

4       In accordance with the provisions of 28 U.S.C. § 636

5  (b)(1)(C), this Court has conducted a *de novo* review of the case.

6  Having carefully reviewed the entire file, the Court concludes that

7  the Magistrate Judge's Findings and Recommendation are supported by

8  the record and proper analysis.

9       Accordingly, IT IS HEREBY ORDERED that:

10      1.   The Findings and Recommendation, filed January 4, 2008,

11           are ADOPTED IN FULL;

12      2.   This action is DISMISSED for Petitioner's failure to

13           prosecute;

14      3.   The Clerk of the Court is DIRECTED to close this action.

15

16 IT IS SO ORDERED.

17 **Dated:    March 7, 2008**                    **/s/ Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

                                   2